NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLEXSTENT, LLC,**
*Appellant*

v.

**ABBOTT VASCULAR, INC., ABBOTT LABORATORIES, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT VASCULAR SOLUTIONS, INC.,**
*Appellees*

---

2021-1246

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00882.

---

**JUDGMENT**

---

SIMON CARLO FRANZINI, Dovel & Luner, LLP, Santa Monica, CA, argued for appellant. Also represented by GREGORY S. DOVEL, SEAN LUNER.

MICHAEL A. MORIN, Latham & Watkins LLP, Washington, DC, argued for appellees. Also represented by

GABRIEL K. BELL, JONATHAN M. STRANG; SRINIVAS GIRIRAJ PATHMANABAN, Menlo Park, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2021          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court